# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

        Plaintiff,

    v.

Eugenio Enrique Corona,

        Defendant.

Case No. 3:17-cr-00006-RCJ-CLB

**ORDER**

     The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

     IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

     DATED this 24th day of April, 2024.

_____

UNITED STATES DISTRICT JUDGE

3